ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6559
    FAX: (415) 436-7234
    Garth.Hire@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 24-00516 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO SCHEDULE CHANGE OF PLEA HEARING |
| v. | |
| THOMAS AARON SIGNORELLI, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Garth Hire, and defendant Thomas Aaron Signorelli (defendant), by and through his counsel of record Thomas Mazzucco and Philip Kearney, hereby stipulate as follows:

    1.    On September 19, 2024, the government filed an Information charging defendant with Bank Fraud in violation of 18 U.S.C. § 1344; Wire Fraud and Conspiracy to Commit Wire Fraud in violation of 18 U.S.C. §§ 1343 & 1349; Theft of Government Property in violation of 18 U.S.C. § 641; Destruction, Alteration, Falsification of Records in Federal Investigation in violation of 18 U.S.C. § 1519; and Conspiracy to Launder Money in violation of 18 U.S.C. § 1956(h).

2. On September 20, 2024, defendant waived indictment, was arraigned on the information, entered a plea of not guilty, and was released on conditions of pretrial release.

3. The parties have reached a plea agreement and defendant is prepared to plead guilty. Based on the Court's availability, the parties request that the matter be set for a change of plea hearing before this Court at 10:30 a.m. on Monday, November 18, 2024.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 9, 2024 | ISMAIL J. RAMSEY<br>United States Attorney<br><br>  /S/   *Garth Hire*<br>GARTH HIRE<br>Assistant United States Attorney<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |
| */S/ Thomas Mazzucco*<br>THOMAS MAZZUCCO<br>PHILIP KEARNEY<br>Attorney for Defendant<br>Thomas Aaron Signorelli | 10/9/2024<br>Date |

## [PROPOSED] ORDER

A change of plea hearing is hereby scheduled for 10:30 a.m. on Monday, November 25, 2024.

IT IS SO ORDERED.

| | |
|---|---|
| October 21, 2024<br>DATE | HONORABLE JAMES DONATO<br>UNITED STATES DISTRICT JUDGE |