Philip J. Kearney - 114978
  TMazzucco@mpbf.com
W.S. Wilson Leung – 190939
  WLeung@mpbf.com
Madison N. Cassulo – 343578
  MCassulo@mpbf.com
MURPHY, PEARSON, BRADLEY & FEENEY
550 California Street, Suite 1400
San Francisco, CA  94104-1001
Telephone:      (415) 788-1900
Facsimile:      (415) 393-8087

Attorneys for Defendant Thomas Aaron Signorelli

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS AARON SIGNORELLI,<br><br>Defendant. | Case No.: 24-CR-00516-JD<br><br>**STIPULATION REQUEST FOR ORDER ADVANCING SENTENCING HEARING AND [PROPOSED] ORDER**<br><br>Date:          February 9, 2026<br>Time:          11:00 a.m.<br>Courtroom: Courtroom 11 - 19th Floor |

The Defendant, Thomas Aaron Signorelli, by and through counsel Philip J. Kearney, W.S. Wilson Leung, and Madison N. Cassulo, and the United States, by and through Assistant United States Attorney Patrick O'Brien, agree and stipulate that the sentencing hearing in this matter be advanced one week from February 9, 2026, to February 2, 2026. On January 5, 2026, the Court held a status conference in the above-entitled matter, during which a sentencing hearing was calendared for February 9, 2026. After the status conference, Philip J. Kearney, counsel for Defendant Signorelli realized he had a direct conflict on February 9, 2026. Counsel for the government and the United States Probation Officer assigned to this matter are both available on February 2, 2026.

Consequently, the parties hereby stipulate and agree that sentencing in the above matter be

- 1 -

advance one week from February 9, 2026 to February 2, 2026 at 11:00 a.m.

IT IS SO STIPULATED.

DATED: January 6, 2026                    Respectfully submitted,

MURPHY, PEARSON, BRADLEY & FEENEY

By   /s/ Philip J. Kearney
_____
Philip J. Kearney
W.S. Wilson Leung
Madison N. Cassulo
Attorneys for Defendant

DATED:  January 6, 2026                    Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

MARTHA BOERSCH
Chief, Criminal Division

By   /s/ Patrick O'Brien
_____
Patrick K. O'Brien
Assistant United States Attorney

- 2 -

STIPULATION REQUEST FOR ORDER  ADVANCING SENTENCING HEARING AND        CASE NO. 24-CR-00516-
[PROPOSED] ORDER                                                                                            JD

[PROPOSED] ORDER

Pursuant to the parties' stipulation set forth above and for good cause, the Court hereby advances the sentencing hearing in this matter to February 2, 2026.

IT IS SO ORDERED.

DATED: 1/23/2026

_____
HONORABLE JAMES DONATO
United States District Judge

PJK.5083654.docx

- 3 -