CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

PATRICK K. O'BRIEN (CABN 292470)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    FAX: (415) 436-7234
    Patrick.Obrien@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 24-CR-00516-JD |
| | ) |
|     Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) |
|   v. | ) |
| | ) |
| THOMAS SIGNORELLI, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

Counsel for the United States and counsel for the defendant, Thomas Signorelli, submit this stipulation and proposed order regarding additional upcoming dates in this criminal case.

This case was previously set for sentencing on multiple occasions, most recently on February 2, 2026, but sentencing has not gone forward based on arguments raised by the defendant at the earlier proceedings. *See* Dkt. 66. On February 23, 2026, the Court granted a motion by prior defense counsel to withdraw and appointed undersigned defense counsel to represent the defendant. *See* Dkt. 83. On April 24, 2026, the defendant, through his new counsel, filed a motion to dismiss the indictment based on issues previously raised in the defendant's sentencing memorandum filed in May 2025, and there is a

hearing date set for that motion on May 18, 2026.  *See* Dkt. 85; *see also* Dkt. 29.  The United States intends to oppose that motion for many of the reasons previously explained to the Court in earlier filings.  *See* Dkt. 38.

The parties have met and conferred and hereby stipulate and agree that the Court should order the following briefing schedule and set a new sentencing date in this case for June 1, 2026.

| | |
|---|---|
| May 6, 2026: | Government files any opposition to the defendant's motion to dismiss |
| May 11, 2026: | Defense files any reply in support of the motion to dismiss |
| May 18, 2026 at 11:00 am: | Hearing on motion to dismiss (already calendared) |
| June 1, 2026, at 11:00 am: | Sentencing hearing |

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

CRAIG H. MISSAKIAN
United States Attorney

Dated:  April 30, 2026

___/s/_____
PATRICK K. O'BRIEN
Assistant United States Attorney

___/s/_____
BRIAN GETZ
Counsel for Defendant Thomas Signorelli

### [PROPOSED] ORDER

For the reasons stated in the parties' stipulation, the Court adopts the briefing schedule in the stipulation and sets a sentencing hearing for this case for June 1, 2026, at 11:00 am.

Dated:  May 6, 2026

_____
HONORABLE JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER
24-CR-00516-JD